**FOURTH DIVISION**
**RICKMAN, C. J.,**
**MCFADDEN, P. J., and SENIOR APPELLANT JUDGE PHIPPS**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

**May 31, 2023**

# In the Court of Appeals of Georgia

A21A1358. THE STATE v. ARROYO.

RICKMAN, Chief Judge.

In *State v. Arroyo*, 315 Ga. 582 (883 SE2d 781) (2023), the Supreme Court of Georgia vacated the judgment of this Court in *State v. Arroyo*, 362 Ga. App. 207 (867 SE2d 607) (2022), concluding that the Court of Appeals lacked jurisdiction over the case. We therefore vacate our prior opinion, adopt the opinion of the Supreme Court as our own, and remand the case to the trial court for further proceedings consistent with the Supreme Court opinion.

*Appeal dismissed and case remanded. McFadden, P. J., and Senior Appellate Judge Herbert E. Phipps concur.*